B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Tennessee

In re  **Sabre Defence Industries LLC**  
Debtor(s)

Case No. **311-01431**  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Adams Arms**<br>612 Florida Ave Ste B<br>Palm Harbor, FL 34683 | **Adams Arms**<br>612 Florida Ave Ste B<br>Palm Harbor, FL 34683 | | | 48,825.00 |
| **American Defence Finishing**<br>478 Allied Dr Ste 203<br>Nashville, TN 37211 | **American Defence Finishing**<br>478 Allied Dr Ste 203<br>Nashville, TN 37211 | | | 124,507.80 |
| **Bel-Pro Products**<br>4752 W 60th Ave Ste B<br>Arvada, CO 80003 | **Bel-Pro Products**<br>4752 W 60th Ave Ste B<br>Arvada, CO 80003 | | | 36,358.34 |
| **Bradley Arant Boult Cummings LLP**<br>1600 Division St Ste 700<br>Nashville, TN 37203 | **Bradley Arant Boult Cummings LLP**<br>1600 Division St Ste 700<br>Nashville, TN 37203 | | | 386,546.29 |
| **Central Leasing**<br>3184 Cahaba Heights Rd<br>Birmingham, AL 35243 | **Central Leasing**<br>3184 Cahaba Heights Rd<br>Birmingham, AL 35243 | | | 46,845.62 |
| **Creed Monarch Inc.**<br>One Pucci Pk<br>New Britain, CT 06050 | **Creed Monarch Inc.**<br>One Pucci Pk<br>New Britain, CT 06050 | | | 41,028.09 |
| **Cutting Tools**<br>4050 Shelbyville Rd<br>Louisville, KY 40207 | **Cutting Tools**<br>4050 Shelbyville Rd<br>Louisville, KY 40207 | | | 63,527.92 |
| **JGB Enterprises Inc.**<br>115 Metropolitan Dr<br>Liverpool, NY 13088-5389 | **JGB Enterprises Inc.**<br>115 Metropolitan Dr<br>Liverpool, NY 13088-5389 | | | 67,414.58 |
| **Kreher Steel Company LLC**<br>1550 N 25th Ave<br>Melrose Park, IL 60160 | **Kreher Steel Company LLC**<br>1550 N 25th Ave<br>Melrose Park, IL 60160 | | | 161,406.28 |
| **Microbest Inc.**<br>670 Captain Neville Dr<br>Waterbury, CT 06705 | **Microbest Inc.**<br>670 Captain Neville Dr<br>Waterbury, CT 06705 | | | 103,038.50 |
| **Mid-South Metallurgical Inc.**<br>742 Old Salem Rd<br>Murfreesboro, TN 37129 | **Mid-South Metallurgical Inc.**<br>742 Old Salem Rd<br>Murfreesboro, TN 37129 | | | 44,285.45 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Milwaukee Precision Casting Co<br>3400 S Nevada St<br>Milwaukee, WI 53207 | Milwaukee Precision Casting Co<br>3400 S Nevada St<br>Milwaukee, WI 53207 | | | 38,379.50 |
| Molding Solutions<br>781 Enterprise Dr<br>Lexington, KY 40510 | Molding Solutions<br>781 Enterprise Dr<br>Lexington, KY 40510 | | | 109,900.00 |
| Stephen Gould Corporation<br>1624 Westgate Cir Ste 150<br>Brentwood, TN 37027 | Stephen Gould Corporation<br>1624 Westgate Cir Ste 150<br>Brentwood, TN 37027 | | | 58,369.22 |
| Superior Plating Company<br>2 Lacey Pl<br>Southport, CT 06890 | Superior Plating Company<br>2 Lacey Pl<br>Southport, CT 06890 | | | 66,288.00 |
| Teikuro Corporation<br>4847 Peavey Dr<br>Meridian, MS 39301 | Teikuro Corporation<br>4847 Peavey Dr<br>Meridian, MS 39301 | | | 73,948.00 |
| Umetco Inc.<br>1213 Broughton Blvd<br>Florence, SC 29501 | Umetco Inc.<br>1213 Broughton Blvd<br>Florence, SC 29501 | | | 60,021.25 |
| Whitworth Tool Inc.<br>114 Industrial Park Dr<br>Hardinsburg, KY 40143 | Whitworth Tool Inc.<br>114 Industrial Park Dr<br>Hardinsburg, KY 40143 | | | 40,772.34 |
| Whitworth Tool Inc.<br>114 Industrial Park Dr<br>Hardinsburg, KY 40143 | Whitworth Tool Inc.<br>114 Industrial Park Dr<br>Hardinsburg, KY 40143 | | | 687,586.24 |
| Worldwide Technologies<br>145 Reasonover Dr<br>Franklin, KY 42134 | Worldwide Technologies<br>145 Reasonover Dr<br>Franklin, KY 42134 | | | 720,478.54 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Vice President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **February 18, 2011**      Signature **/s/ Amanda Savage**
                                                     **Amanda Savage**
                                                     **Vice President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.