George C. Paine, II
US Bankruptcy Judge
Dated: 02/24/11



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IN RE:                                    )
                                          )
SABRE DEFENCE INDUSTRIES LLC,             )        BK NO 11-01431-KL3-11
                                          )
        DEBTOR IN POSSESSION              )

## ORDER APPROVING SELECTION OF TRUSTEE

The United States Trustee has advised this Court that Michael E. Collins Esq., with offices at Manier & Herod, P.C., 150 Fourth Avenue North, Suite 2200, Nashville, TN 37219, has been selected for appointment by the United States Trustee as Chapter 11 Trustee in the above-styled case.

The United States Trustee has further advised this Court that after consultation with Mr. Collins, it does not appear Mr. Collins holds or represents any interest adverse to the estate. Accordingly it is hereby

ORDERED that, pursuant to 11 U.S.C. § 1104, the appointment of Michael E. Collins, as Chapter 11 Trustee is APPROVED, subject to his submission of all requested personal background information necessary for the investigation of him on behalf of the United States Justice Department; and it is further

ORDERED that the Chapter 11 Trustee shall have all of the powers of a trustee under 11 U.S.C. § 1106 and the authority to operate the debtor's business pursuant to 11 U.S.C. § 1108; and it is further

ORDERED that this appointment is made effective as of February 23, 2011.

---

**This order was signed and entered electronically as indicated at the top of the first page.**

---

Submitted by:

DANIEL M. MCDERMOTT
U.S. Trustee, Region 8

/s/ Beth Roberts Derrick
Beth Roberts Derrick #7138
Asst. U.S. Trustee
Office of the U.S. Trustee
Suite 318, 701 Broadway
Nashville, TN  37203-3496
phone: 615-736-2254; fax: 615-736-2260
email: beth.r.derrick@usdoj.gov

This Order has Been electronically signed.  The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.