IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) ) ) | |
| SABRE DEFENCE INDUSTRIES LLC, | ) ) ) | CASE NO. 3:11-01431<br>CHAPTER 11 |
| DEBTOR. | ) ) ) | JUDGE LUNDIN |

## NOTICE OF SUCCESSFUL BIDDER

In accordance with the Expedited Motion of the Trustee for (I) Entry of an Order (A) Establishing Bidding and Auction Procedures Related to the Sale of Certain Assets of Sabre Defence Industries LLC and Sabre Defence Holdings, LLC (collectively, "Sabre"); (B) Scheduling a Preliminary Hearing upon any Objections Approving Bid Procedures; (C) Scheduling a Final Sale Hearing Approving the Sale of the Assets; (D) Approving Form and Manner of Notice of All Procedures, Protections, and Agreements; and (E) Granting Certain Related Relief; (the "Bid Procedures Order") (II) Entry of an Order Approving the Sale of the Assets of Sabre Defence Industries, LLC and Sabre Defence Holdings, LLC Free and Clear of all Liens, Claims, Encumbrances, and Interests; (III) Approving the Agreed Order Settling Claims of Manroy USA, LLC and Cadence Bank, N.A. Relating to UCC Sale and Assets Pursuant to FRBP 9019; and (IV) Approving Payment to Cadence Bank, N.A. for its Administrative Expenses (the "Motion"); and in accordance with the Bid Procedures Order, which was entered on March 2, 2011, which authorized the Auction and bidding procedures for the sale of the Assets[1]; and the Auction of the Assets having been held on March 10, 2011, where appearances

---

[1] The term "Assets" means the Acquired Assets as defined in the Asset Purchase Agreement and the Motion.

were made and bids submitted by Colt Defense, LLC, a Delaware limited liability company, and by Manroy USA, LLC, an Alabama limited liability company ("Manroy"); the Trustee hereby provides notice of the submission by Manroy of the highest and best bid of Four Million, Nine Hundred and Fifty Thousand Dollars ($4,950,000) for the Assets.

SUBMITTED FOR ENTRY BY:

**MANIER & HEROD, P.C.**

/s/ Michael E. Collins
Michael E. Collins (#016036)
Scott C. Williams (#021757)
Neesha S. Hetcher (#026579)
One Nashville Place, Suite 2200
150 Fourth Avenue North
Nashville, TN 37219
(615)244-0030
Fax: (615)242-4203
mcollins@manierherod.com
nhetcher@manierherod.com