# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 3:11-01431 |
| SABRE DEFENCE INDUSTRIES LLC, | CHAPTER 11 |
| DEBTOR. | JUDGE LUNDIN |

## TRUSTEE'S REPORT OF UNCLAIMED FUNDS

Michael E. Collins, Chapter 11 Trustee and Trustee under the Plan (the "Trustee"), hereby reports the following:

1. The Trustee has stopped payment on the following checks that are unpaid and unclaimed. The names of the individuals or entities to whom such un-negotiated distribution checks were issued, the amount of such checks, and the last known address of the payees are as follows:

| Name and Address | Claim # | Amount |
|---|---|---|
| Magpul Industries<br>PO Box 17697<br>Boulder, CO 80308 | S063 | $6,153.75 |
| Schmid Tool<br>9101 Belden Avenue<br>Franklin Park, IL 60131 | S096 | $6,387.00 |
| Premium Assignment Corp.<br>PO Box 3066<br>3522 Network Place<br>Tallahassee, FL 32315 | S087 | $3,612.07 |

2. The Trustee's check number 11592 in the amount of $19,809.76 payable to the Clerk of the U.S. Bankruptcy Court, is attached this report as **Exhibit A**.

- 1 -

                Respectfully submitted,

                MANIER & HEROD, P.C.

      By:    /s/ Michael E. Collins
                 Michael E. Collins (#16036)
                 Robert W. Miller (#31918)
                 Suite 2200, One Nashville Place
                 150 Fourth Avenue North
                 Nashville, TN 37219-2494
                 Telephone: 615-244-0030
                 Fax: 615-242-4203
                 mcollins@manierherod.com
                 rmiller@manierherod.com